U.S. District Court   Judge: SUSAN J. Dlott
Southern District of OHIO   Docket No. 1-15-CR-119

United States of America
Plaintiff,
VS.
Derrick Thorne
Petitioner,

*Denied Susan J. Dlott 10/17/16*

## Motion for Bond Hearing

Comes Now Petitioner, Derrick Thorne, Pro se and Respectfully Files Motion For Bond Hearing. Petitioner would show the following in support;

1. Petitioner has been bond eligible according to Pre-trial services.

2. Petitioner has very strong ties to the community.

3. Petitioner has gainful employment upon acceptance of bond.

4. Petitioner would fully comply with any and all conditions set forth by this court, and or pre-trial services.